**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Poppy | May | Miller |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number (if known): 21-00786-JMC

■ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:   List All of Your PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims against you?
   ■ No. Go to Part 2.
   ☐ Yes.

**Part 2:   List All of Your NONPRIORITY Unsecured Claims**

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| 4.1 | **ATI Physical Therapy** | Last 4 digits of account number | **Multiple Accounts** | Unknown |
|---|---|---|---|---|
| | Nonpriority Creditor's Name | | | |
| | 790 Remington Blvd. | When was the debt incurred? | **Multiple Dates** | |
| | Bolingbrook, IL 60440 | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | |

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Debt**

Debtor 1  Poppy May Miller          Case number (if known)   21-00786-JMC

| 4.2 | **Barclays** | Last 4 digits of account number _____ | $1,123.00 |

Nonpriority Creditor's Name
PO Box 8803
Wilmington, DE 19899
Number Street City State Zip Code

When was the debt incurred?   12/19

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Credit Card/Credit Use

Is the claim subject to offset?
■ No
☐ Yes

---

| 4.3 | **Capital One Auto Finance** | Last 4 digits of account number  1001 | $0.00 |

Nonpriority Creditor's Name
PO Box 259407
Plano, TX 75025
Number Street City State Zip Code

When was the debt incurred?   9/19

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Notice Only

Is the claim subject to offset?
■ No
☐ Yes

---

| 4.4 | **ChexSystems** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
7805 Hudson Road Ste. 100
Saint Paul, MN 55125
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Notice Only

Is the claim subject to offset?
■ No
☐ Yes

Debtor 1  Poppy May Miller   Case number (if known)  21-00786-JMC

### 4.5 Comenity - Victoria's Secret (PINK)
Nonpriority Creditor's Name
Attn: Bankruptcy Dept.
PO Box 182125
Columbus, OH 43218-2125
Number Street City State Zip Code

Last 4 digits of account number  1924   $597.00
When was the debt incurred?  06/2005

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Credit Card / Credit Use

### 4.6 Comenity Bank - Buckle
Nonpriority Creditor's Name
PO BOX 182789
Columbus, OH 43218
Number Street City State Zip Code

Last 4 digits of account number  1424   $2,160.00
When was the debt incurred?  07/2013

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Credit Card / Credit Use

### 4.7 CoreLogic Corporate Headquarters
Nonpriority Creditor's Name
40 Pacifica Avenue
Suite 900
Irvine, CA 92618
Number Street City State Zip Code

Last 4 digits of account number   $0.00
When was the debt incurred?

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Notice Only

Debtor 1　Poppy May Miller　　　　　　　　　　　　　　　Case number (if known)　21-00786-JMC

### 4.8 Equifax

**Nonpriority Creditor's Name**
PO Box 740256
Atlanta, GA 30374
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify　**Notice Purpose Only**

$0.00

### 4.9 Experian

**Nonpriority Creditor's Name**
701 Experian Parkway
Allen, TX 75013
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify　**Notice Purpose Only**

$0.00

### 4.10 First National Bank of Omaha

**Nonpriority Creditor's Name**
PO Box 2557
Omaha, NE 68103
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number　**0113**

When was the debt incurred?　**04/2007**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify　**Credit Card / Credit Use - Collection Account w/Blitt & Gaines - Crown Asset Management - DCM Services**

$27,492.00

Debtor 1: Poppy May Miller    Case number (if known): 21-00786-JMC

---

**4.1.1 Franciscan Alliance**
Nonpriority Creditor's Name
1515 Dragoon Trail
Mishawaka, IN 46544
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number: **Multiple Accounts**
When was the debt incurred? **Multiple Dates**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Medical Debt**

Unknown

---

**4.1.2 GLA Collection Company, Inc.**
Nonpriority Creditor's Name
2630 Gleeson Lane
P.O. Box 991199
Louisville, KY 40299
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number: **3019**
When was the debt incurred? **08/2018**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Collection Account - Indpls Gastro & Hem - NA**

Unknown

---

**4.1.3 Hardamon & Associates**
Nonpriority Creditor's Name
Attorneys At Law
825 S Meridian St
Indianapolis, IN 46225
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number: **0028**
When was the debt incurred? **06/2018**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Collection Account - Valle Vista Health**

Unknown

---

Debtor 1  Poppy May Miller  
Case number (if known) 21-00786-JMC

---

**4.14**  **IMC Credit Services**  
Nonpriority Creditor's Name  
8085 Knue Road  
Indianapolis, IN 46250  
Number Street City State Zip Code  

Who incurred the debt? Check one.  
☒ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  
☐ Check if this claim is for a community debt  

Is the claim subject to offset?  
☒ No  
☐ Yes  

Last 4 digits of account number: **Multiple Accounts**  
When was the debt incurred? **Multiple Dates**  

As of the date you file, the claim is: Check all that apply  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Type of NONPRIORITY unsecured claim:  
☐ Student loans  
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
☐ Debts to pension or profit-sharing plans, and other similar debts  
☒ Other. Specify **Collection Account - Southeast Anesthesia Assoc., IU Radiology, Indiana Clinic/IU**  

Unknown

---

**4.15**  **IU Health**  
Nonpriority Creditor's Name  
250 N. Shadeland  
Indianapolis, IN 46219  
Number Street City State Zip Code  

Who incurred the debt? Check one.  
☒ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  
☐ Check if this claim is for a community debt  

Is the claim subject to offset?  
☒ No  
☐ Yes  

Last 4 digits of account number: **Multiple Accounts**  
When was the debt incurred? **Multiple Dates**  

As of the date you file, the claim is: Check all that apply  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Type of NONPRIORITY unsecured claim:  
☐ Student loans  
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
☐ Debts to pension or profit-sharing plans, and other similar debts  
☒ Other. Specify **Medical Debt**  

Unknown

---

**4.16**  **JPMCB Card Services**  
Nonpriority Creditor's Name  
PO Box 15369  
Wilmington, DE 19850  
Number Street City State Zip Code  

Who incurred the debt? Check one.  
☒ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  
☐ Check if this claim is for a community debt  

Is the claim subject to offset?  
☒ No  
☐ Yes  

Last 4 digits of account number: **4540**  
When was the debt incurred? **9/05**  

As of the date you file, the claim is: Check all that apply  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Type of NONPRIORITY unsecured claim:  
☐ Student loans  
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
☐ Debts to pension or profit-sharing plans, and other similar debts  
☒ Other. Specify **Credit Card / Credit Use**  

$10,728.00

---

Debtor 1 Poppy May Miller
Case number (if known) 21-00786-JMC

### 4.17 JPMCB Card Services
Nonpriority Creditor's Name
PO Box 15369
Wilmington, DE 19850
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number 4673
When was the debt incurred? 2/16

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Credit Card/Credit Use

Unknown

### 4.18 Kohl's/Capital One
Nonpriority Creditor's Name
P.O. Box 3115
Milwaukee, WI 53201-3115
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number 9053
When was the debt incurred? 05/1998

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Credit Card / Credit Use

$3,650.00

### 4.19 Lincare
Nonpriority Creditor's Name
PO Box 690397
Orlando, FL 32869
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number 8870
When was the debt incurred? 2018

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Medical Debt

Unknown

| Debtor 1 | Poppy May Miller | Case number (if known) | 21-00786-JMC |
|---|---|---|---|

**4.20**

**Med 1 Solutions**
Nonpriority Creditor's Name
517 US Hwy 31 N.
Greenwood, IN 46142
Number Street City State Zip Code

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number: **Multiple Accounts**

When was the debt incurred? **Multiple Dates**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Collection Accounts - South Campus Surgery Center, Community Health Network**

$2,002.00

---

**4.21**

**Medical Associates, LLP**
Nonpriority Creditor's Name
PO Box 6276 Dept 20
Indianapolis, IN 46206
Number Street City State Zip Code

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number: **Multiple Accounts**

When was the debt incurred? **Multiple Dates**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical Debt**

Unknown

---

**4.22**

**Meridian Financial Services**
Nonpriority Creditor's Name
21 Overland Industrial Blvd., Bldg. 1
P.O. Box 1410
Asheville, NC 28802-1410
Number Street City State Zip Code

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number:

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Collection Account**

Unknown

| Debtor 1 | Poppy May Miller | Case number (if known) | 21-00786-JMC |
|---|---|---|---|

### 4.2.3 MiraMed Revenue Group

Nonpriority Creditor's Name
Dept. 77304
PO Box 77000
Detroit, MI 48277-0304
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number: **Multiple Accounts**
When was the debt incurred? **Multiple Dates**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Collection Accounts - Franciscan Alliance**

**Unknown**

### 4.2.4 Northwest Radiology Network

Nonpriority Creditor's Name
13587 Collection Drive
Chicago, IL 60693
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number: **Multiple Accounts**
When was the debt incurred? **Multiple Dates**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Medical Debt**

**Unknown**

### 4.2.5 Ortho Indy

Nonpriority Creditor's Name
PO Box 6284
Indianapolis, IN 46206
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number: **6106**
When was the debt incurred? **2018**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Medical Debt**

**$97.00**

Debtor 1 Poppy May Miller    Case number (if known) 21-00786-JMC

### 4.26 Radius Global Solutions LLC
Nonpriority Creditor's Name
formerly Northalnd Grop
PO Box 390846
Minneapolis, MN 55439

- Last 4 digits of account number: **4659**
- When was the debt incurred?: **07/2018**
- Amount: **Unknown**

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Collection Account - Kohls**

### 4.27 Synchrony Bank Bankruptcy Dept. - Sun Gl
Nonpriority Creditor's Name
P.O. Box 965060
Orlando, FL 32896-5060

- Last 4 digits of account number: **1356**
- When was the debt incurred?: **07/2018**
- Amount: **Unknown**

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card / Credit Use**

### 4.28 TransUnion
Nonpriority Creditor's Name
P.O. Box 2000
Chester, PA 19016

- Last 4 digits of account number:
- When was the debt incurred?:
- Amount: **$0.00**

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Purpose Only**

| Debtor 1 | Poppy May Miller | | Case number (if known) | 21-00786-JMC |
|---|---|---|---|---|

| 4.29 | Valle Vista Health | Last 4 digits of account number | Multiple Accounts | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
Attn: Business Office
898 E. Main Street
Greenwood, IN 46143
Number Street City State Zip Code

When was the debt incurred? **Multiple Dates**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice Only**

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Blitt and Gaines, P.C.**
775 Corporate Woods Parkway
Vernon Hills, IL 60061

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Comenity Bank**
Bankruptcy Department
PO Box 182125
Columbus, OH 43218

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Community Health Network**
PO Box 19202
Indianapolis, IN 46219

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.20** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Community Health Network**
1500 North Ritter
Indianapolis, IN 46219

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.20** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Crown Asset Management**
3100 Breckenridge Blvd Ste 725
Duluth, GA 30096

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**DCM Services LLC**
7601 Penn Ave. S.
Suite A600
Minneapolis, MN 55423

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**GLA Collection Company**
2630 Gleeson Lane
Louisville, KY 40299

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.12** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Debtor 1  Poppy May Miller                                              Case number (if known)   21-00786-JMC

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| GLA Collections<br>PO Box 991199<br>Louisville, KY 40269 | Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | |
|---|---|
| Hardamon & Associates<br>Attorneys At Law<br>825 S Meridian St<br>Indianapolis, IN 46225 | Line **4.29** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | |
|---|---|
| IMC Credit Services<br>6955 Hillsdale Ct.<br>Indianapolis, IN 46250 | Line **4.14** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | |
|---|---|
| Indiana Clinic - IU Health<br>5799 Reliable Parkway<br>Chicago, IL 60686-0057 | Line **4.14** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | |
|---|---|
| Indiana Clinic - IU Health<br>250 N Shadeland Ave<br>Indianapolis, IN 46219 | Line **4.14** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | |
|---|---|
| Indianapolis Gastroenterology<br>417 Bridge Street<br>Danville, VA 24541-1403 | Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | |
|---|---|
| IU Health<br>250 N. Shadeland<br>Indianapolis, IN 46219 | Line **4.14** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | |
|---|---|
| IU Radiology<br>550 N. University Blvd. #0279<br>Indianapolis, IN 46202 | Line **4.14** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | |
|---|---|
| MiraMed Revenue Group<br>360 E. 22nd Street<br>Lombard, IL 60148-4924 | Line **4.23** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | |
|---|---|
| MiraMed Revenue Group<br>PO Box 536<br>Linden, MI 48451-0536 | Line **4.23** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | |
|---|---|
| Morgan Superior Court<br>10 E. Washington Street<br>55D03-2101-CC-000113<br>Martinsville, IN 46151 | Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Debtor 1 | Poppy May Miller | Case number (if known) | 21-00786-JMC |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Northland Group Inc - Attn. BK Dept<br>7831 Glenroy Road #350<br>Minneapolis, MN 55439 | Line **4.26** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Northwest Radiology Network<br>5901 Technology Center Drive<br>Indianapolis, IN 46278 | Line **4.24** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| South Campus Surgery Center<br>1550 East County Line Rd. South<br>Indianapolis, IN 46227-1000 | Line **4.20** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| South Campus Surgery Center<br>7184 Solutions Center<br>Chicago, IL 60677-1000 | Line **4.20** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Southeast Anesthesiologist<br>PO Box 6069<br>Dept. 107<br>Indianapolis, IN 46206-6069 | Line **4.14** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Valle Vista Health<br>Attn: Business Office<br>898 E. Main Street<br>Greenwood, IN 46143 | Line **4.13** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | | Total Claim |
|---|---|---|---|---|
| 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 0.00 |
| 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

**Total claims from Part 2**

| | | | | Total Claim |
|---|---|---|---|---|
| 6f. | Student loans | 6f. | $ | 0.00 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 47,849.00 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 47,849.00 |

**Fill in this information to identify your case:**

Debtor 1: Poppy May Miller
(First Name) (Middle Name) (Last Name)

Debtor 2: _____
(Spouse if, filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number (if known): 21-00786-JMC

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Poppy May Miller                    X _____
Poppy May Miller                           Signature of Debtor 2
Signature of Debtor 1

Date   July 22, 2021                       Date _____

# United States Bankruptcy Court
## Southern District of Indiana

In re: **Poppy May Miller**, Debtor(s)

Case No. **21-00786-JMC**
Chapter **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **July 22, 2021**, a copy of **the Notice of Added Creditors and documents listed** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

ATI Physical Therapy, 790 Remington Blvd., Bolingbrook, IL 60440
Northwest Radiology Network, 13587 Collection Drive, Chicago, IL 60693
Northwest Radiology Network, 5901 Technology Center Drive, Indianapolis, IN 46278

/s/ Jennifer F. Asbury
Jennifer F. Asbury
John Steinkamp and Associates
5214 S. East Street
Suite D1
Indianapolis, IN 46227
317-780-8300 Fax: 317-217-1320
ecf@johnsteinkampandassociates.com

UNITED STATES BANKRPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| POPPY MAY MILLER, ) | CASE NO. 21-00786-JMC-7 |
| ) | |
| Debtor, ) | |

## NOTICE TO ADDED CREDITORS

**PLEASE TAKE NOTICE THAT** you have been added as a creditor in this bankruptcy case. The following documents are provided with this notice:

- Notice of meeting of creditors with applicable deadlines is being sent with Debtor(s) full social security number.
- Amended Schedule F

/s/**Jennifer F. Asbury**
Jennifer F. Asbury
John Steinkamp and Associates
5214 S. East Street, Ste. D-1
Indianapolis, IN 46227
(317) 780-8300
ecf@johnsteinkampandassociates.com